# Court of Appeals, State of Michigan

## ORDER

Estate of Gregory Messenger v Atain Insurance Company

Docket No. 344690

LC No. 2017-158286-CK

Christopher M. Murray
Presiding Judge

David H. Sawyer

Elizabeth L. Gleicher
Judges

The Court orders that the December 26, 2019 concurring opinion is hereby AMENDED to correct a clerical error: replace the third sentence of the second paragraph that currently reads, "The sole issue presented is whether the trial court correctly granted summary disposition in Mains' favor" with, "The sole issue presented is whether the trial court correctly granted summary disposition in Atain's favor."

In all other respects, the December 26, 2019 concurring opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JAN 0 3 2020
_____
Date

_____
Chief Clerk